**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3169-19

JNB RIVERWINDS d/b/a
RIVERWINDS RESTAURANT
and FOTIOS FARMAKIS,

      Plaintiffs-Appellants,

v.

NATIONWIDE MUTUAL
INSURANCE CO., NATIONWIDE
MANAGEMENT LIABILITY
AND SPECIALTY CLAIMS,
FREEDOM SPECIALTY
INSURANCE COMPANY,
STARSTONE US SERVICES, INC.,
TORUS NATIONAL INSURANCE
CO., ENSTAR GROUP, LTD, and
RPA INSURANCE SERVICES,
LLC,

      Defendants,

and

NATIONAL CASUALTY
INSURANCE COMPANY,

      Defendant-Respondent,

_____

Submitted June 3, 2021 – Decided July 8, 2021

Before Judges Ostrer, Accurso and Enright.

On appeal from the Superior Court of New Jersey, Law Division, Camden County, Docket No. L-1004-17.

Weir & Partners LLP, attorneys for appellants (Daniel E. Rybeck, on the briefs).

Riker Danzig Scherer Hyland & Perretti LLP, attorneys for respondent (Lance J. Kalik, of counsel and on the brief; Jeffrey A. Beer Jr., on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3169-19